**Order entered July 31, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01007-CV

### IN RE J.C. PENNEY COMPANY INC., ET AL., Relators

**Original Proceeding from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-00735**

## ORDER

The Court has before it the parties' July 31, 2013 joint emergency motion to stay mandamus proceeding and vacate order staying trial court proceedings. We **GRANT** the motion in part, **ABATE** this original proceeding for sixty days, and **LIFT** the stay imposed by this Court's order of July 26, 2013 to the extent necessary to effectuate the parties' settlement, including all proceedings relating to the settlement and the entry of a final judgment based on the settlement agreement.

/s/    DAVID EVANS
          JUSTICE